1  JOHN L. BURRIS (SBN #69888)
2  ADANTÉ DE POINTER (SBN 236229)
   LAW OFFICES OF JOHN L. BURRIS
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  (510) 839-5200; FAX (510) 839-3882
5  Email: john.burris@johnburrislaw.com

6  JAMES B. CHANIN (SBN# 76043)
7  JULIE M. HOUK (SBN# 114968)
   Law Offices of James B. Chanin
8  3050 Shattuck Avenue
   Berkeley, California 94705
9  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
10

11 Attorneys for Plaintiffs

12

13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 ESTATE OF "JODY" MACK MILLER          ) CASE NO.: C08-04148 JCS
   WOODFOX; JANICE COLLINS; M.W., a      )
18 minor, by and through his guardian ad litem, ) CERTIFICATION REGARDING NO
   KARINA SANDERS; J.W., a minor, by and ) KNOWN ADDITIONAL INTERESTED
19 through his guardian ad litem, AISHA   ) PARTIES
20 NALLS; J'B. P., a minor, by and through his )
   guardian ad litem, SHAMILIA SMART,    )
21                                        )
22        Plaintiffs,                     )
                                          )
23 vs.                                    )
                                          )
24 CITY OF OAKLAND, HECTOR JIMENEZ, )
25 individually and in his capacity as a police )
   officer for the City of Oakland; DOES 1-20, )
26 inclusive,                             )
                                          )
27        Defendants.                     )
28                                        )
                                          )



Original Filed SEP - 2 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

E-filing

ADR

              Disclosure of Interested Parties              1

1
2    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
3    named parties, there is no such interest to report.
4
5    Dated: August 21, 2008
6                                             JAMES B. CHANIN
7                                             Attorney for Plaintiffs