```
1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  JULIE M. HOUK (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California 94705
7  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
8
   Attorneys for Plaintiffs
9
```

ORIGINAL FILED
SEP - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX; JANICE COLLINS; M.W., a minor, by and through his guardian ad litem, KARINA SANDERS; J.W., a minor, by and through his guardian ad litem, AISHA NALLS; J'B. P., a minor, by and through his guardian ad litem, SHAMILIA SMART,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland; DOES 1-20, inclusive,<br>Defendants. | CASE NO: C08-04148 JCS<br><br>DECLARATION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTONS 377.30, 377.32 |

DECLARATION RE CAL. CIVIL CODE SECTIONS 377.30, 377.32

1

We, the undersigned, declare as follows:

1. We are the mothers of the minor plaintiffs, M.W., J.W. and J.'B.P. and have personal knowledge of the matters stated herein.

2. "Jody" Mack Miller Woodfox died in Oakland, California on or about July 24-25, 2008.

3. The minor plaintiffs, M.W., J.W. and J.'B.P. are the decedent's successors in interest (as defined in Code of Civil Procedure Section 377.11) and succeed to the decedent's interest in the civil action and proceeding entitled, *Estate of "Jody" Mack Miller Woodfox, et al. v. City of Oakland, et al.*

4. No proceeding is pending in California for the administration of decedent's estate.

5. To the best of our knowledge, no other person has a superior right to commence this action or proceeding or can be substituted for the decedent in the present action or proceeding.

6. A certified copy of the decedent's death certificate will be filed with the Court once it can be obtained from the Alameda County Clerk.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date(s) set forth below at Oakland, California:

Dated: August 22, 2008                   *Karina Sanders*
                                         Karina Sanders
                                         Mother of Plaintiff M.W.

Dated: August 22, 2008                   *Aisha Nalls*
                                         Aisha Nalls
                                         Mother of Plaintiff J.W.


DECLARATION RE CAL. CIVIL CODE SECTIONS 377.30, 377.32

1 | Dated: August 22, 2008

*[signature: Shamilia Smart]*
Shamilia Smart
Mother of Plaintiff J.'B. P.

DECLARATION RE CAL. CIVIL CODE SECTIONS 377.30, 377.32

3

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

State File Number: 3200801005249

- **Name of Decedent:** MACK MILLER WOODFOX
- **AKA:** MACK MILLER WOODFOX III
- **Date of Birth:** 01/25/1981
- **Age:** 27
- **Birth State:** CA
- **Social Security Number:** 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
- **Sex:** M
- **Marital Status:** NEVER MARRIED
- **Date of Death:** 07/25/2008
- **Hour:** 0416
- **Education:** GED
- **Race:** BLACK
- **Usual Occupation:** LABORER
- **Kind of Business/Industry:** CONSTRUCTION
- **Years in Occupation:** 5
- **Decedent's Residence:** 1618 61ST AVENUE
- **City:** OAKLAND
- **County:** ALAMEDA
- **Zip Code:** 94621
- **Years in County:** 27
- **State:** CA
- **Informant's Name, Relationship:** KENNITTA VAUGHN, SISTER
- **Informant's Mailing Address:** 1618 61ST AVENUE, OAKLAND, CA 94621
- **Name of Father:** MACK MILLER WOODFOX II — Birth State: CA
- **Name of Mother:** JANICE MARIE COLLINS — Birth State: CA
- **Disposition Date:** 08/04/2008
- **Place of Final Disposition:** ROLLING HILLS MEMORIAL PARK, 4100 HILLTOP DRIVE, RICHMOND, CA 94803
- **Type of Disposition:** BU
- **Signature of Embalmer:** DEBORAH STEVENSON — License Number: 8175
- **Name of Funeral Establishment:** ALBERT BROWN MORTUARY — License Number: FD 242
- **Signature of Local Registrar:** ANTHONY ITON, M.D. — Date: 08/01/2008
- **Place of Death:** ACMC - HIGHLAND CAMPUS (ER)
- **County:** ALAMEDA
- **Facility Address:** 1411 EAST 31ST STREET
- **City:** OAKLAND

**Cause of Death:**
(A) MULTIPLE GUNSHOT WOUNDS — Time Interval: MINS

- **Death Reported to Coroner:** YES — 2008-02415
- **Biopsy Performed:** NO
- **Autopsy Performed:** YES
- **Used to Determine Cause:** YES
- **Other Significant Conditions:** NONE
- **Operation Performed:** NO

**Manner of Death:** Homicide
- **Place of Injury:** PUBLIC STREET
- **Injury at Work:** NO
- **Injury Date:** 07/25/2008
- **Hour:** 0349
- **Describe How Injury Occurred:** SHOT MULTIPLE TIMES WITH A HANDGUN
- **Location of Injury:** FRUITVALE AVENUE AT EAST 17TH STREET, OAKLAND, CA 94601
- **Signature of Coroner:** T BARTHOLOMEW — Date: 07/28/2008
- **Type Name, Title of Coroner:** T BARTHOLOMEW, SGT DEP CORONER

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

**DATE ISSUED:** 08/05/2008

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

