# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX; JANICE COLLINS; (See Attachment "A" for Additional Plaintiffs)<br><br>Plaintiff<br>v.<br>CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland; DOES 1-20, inclusive,<br><br>Defendant | E-filing<br><br>ADR<br><br>Civil Action No.<br>C08-04148 JCS |

**Summons in a Civil Action**

To: CITY OF OAKLAND and HECTOR JIMENEZ

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JOHN L. BURRIS (SBN #69888), ADANTÉ DE POINTER (SBN 236229), LAW OFFICES OF JOHN L. BURRIS, 7677 Oakport Street, Suite 1120, Oakland, California 94621, (510) 839-5200; FAX (510) 839-3882

JAMES B. CHANIN (SBN# 76043), JULIE M. HOUK (SBN# 114968), Law Offices of James B. Chanin 3050 Shattuck Avenue, Berkeley, California 94705, (510) 848-4752; FAX: (510) 848-5819

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____        **CLARA PIERCE**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                            Server's signature

                                                                            Printed name and title

                                                                               Server's address

## ATTACHMENT "A" TO SUMMONS

**Additional Plaintiffs:**

M.W., a minor, by and through his guardian ad litem, KARINA SANDERS; J.W., a minor, by and through his guardian ad litem, AISHA NALLS; J'B. P., a minor, by and through his guardian ad litem, SHAMILIA SMART