1 JOHN L. BURRIS (SBN #69888)
  LAW OFFICES OF JOHN L. BURRIS
2 7677 Oakport Street, Suite 1120
  Oakland, California 94621
3 (510) 839-5200; FAX (510) 839-3882
  Email: john.burris@johnburrislaw.com
4

5 JAMES B. CHANIN (SBN# 76043)
  JULIE M. HOUK (SBN# 114968)
6 Law Offices of James B. Chanin
7 3050 Shattuck Avenue
  Berkeley, California 94705
8 (510) 848-4752; FAX: (510) 848-5819
  Email: jbcofc@aol.com
9

10 Attorneys for Plaintiffs

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 ESTATE OF "JODY" MACK MILLER        )  CASE NO.: C08-04148 JCS
16 WOODFOX; JANICE COLLINS; M.W., a    )
   minor, by and through his guardian ad litem, ) APPLICATION AND [PROPOSED]
17 KARINA SANDERS; J.W., a minor, by and ) ORDER FOR APPOINTMENT OF
   through his guardian ad litem, AISHA ) GUARDIAN AD LITEM FOR MINOR
18 NALLS; J'B. P., a minor, by and through his ) PLAINTIFF, J.'B. P.
19 guardian ad litem, SHAMILIA SMART,  )
                                       )
20         Plaintiffs,                 )
                                       )
21 vs.                                 )
                                       )
22                                     )
23 CITY OF OAKLAND, HECTOR JIMENEZ,    )
   individually and in his capacity as a police )
24 officer for the City of Oakland; DOES 1-20, )
   inclusive,                          )
25                                     )
           Defendants.                 )
26                                     )
                                       )
27

28

RECEIVED
SEP - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing   ADR

Application and [Proposed] Order for Appointment of Guardian ad Litem                1

# APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.'B. P.

1. Petitioner, Shamilia Smart, is the mother of the minor male plaintiff identified as J.'B. P.

2. Petitioner and the Minor move the Court for an Order appointing Petitioner as Guardian ad Litem on behalf of minor Plaintiff

3. The minor Plaintiff, J.'B. P., is a male born in 2003, and is now 4 years old.

4. The minor has claims for damages under 42 U.S.C. Section 1983 and under California law which should be brought in this Court as a result of an incident that occurred on or about July 24-25, 2008, wherein the minor's father, "JODY" MACK MILLER WOODFOX was shot and killed by CITY OF OAKLAND Police Officer, HECTOR JIMENEZ and/or DOES 1-10 as is alleged in the Plaintiffs' Complaint for Damages.

5. The minor has no guardian of his estate and no previous application for appointment of a guardian ad litem in this matter has been for this minor.

6. Petitioner is the mother of the minor. The minor resides with the Petitioner at their residence in Oakland, California. Petitioner is willing to serve as the guardian ad litem for the minor. Petitioner is fully competent to understand and protect the rights of the minor and has no interest adverse to the minor.

WHEREFORE, Petitioner, Shamilia Smart, prays that she be appointed guardian ad litem for the minor, J.'B. P., to prosecute the claims alleged in the Plaintiffs' Complaint.

Dated: August 21, 2008

/s/ JAMES B. CHANIN
JAMES B. CHANIN
Attorney for Plaintiffs

## VERIFICATION

I, Shamilia Smart, am the Petitioner and do hereby declare:

1. I have read the Application for Appointment of Guardian ad Litem and have personal knowledge of the facts stated therein. Said facts are true and accurate to the best of my knowledge.

2. I am willing to be appointed as Guardian ad Litem of my son, J.'B. P. , to assist him in bringing the Complaint for Damages described above.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of August 2008, at Oakland, California.

*Shamilia Smart*
Shamilia Smart
Petitioner

# [PROPOSED] ORDER GRANTING APPLICATION FOR
# APPOINTMENT OF GUARDIAN AD LITEM

Having considered the application of Shamilia Smart to be appointed as guardian ad litem for the minor plaintiff, J.'B. P., and for good cause shown,

IT IS HEREBY ORDERED THAT Shamilia Smart is hereby appointed as guardian ad litem for the minor plaintiff, J.'B. P., for purposes of representing the minor's interests in this action.

IT IS SO ORDERED:

Dated: _____, 2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT