United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ESTATE OF "JODY" MACK MILLER WOODFOX,
     JANICE COLLINS, M.W., a minor, by and through
11   his guardian ad litem, KARINA SANDERS, J.W., a          No. C 08-04148 WHA
     minor, by and through his guardian ad litem, AISHA
12   NALLS, J.B.P., a minor, by and through his guardian
     ad litem, SHAMILIA SMART,
13
                                                              **ORDER RE JIMENEZ**
14          Plaintiffs,                                       **DEPOSITION AND**
                                                              **ORDER OF**
15      v.                                                    **REFERENCE TO**
                                                              **MAGISTRATE JUDGE**
16   CITY OF OAKLAND, HECTOR JIMENEZ,                         **FOR DISCOVERY**
     individually and in his capacity as a police officer for
17   the City of Oakland, and DOES 1–20, inclusive,
18          Defendants.
                                                      /
19

20          When a deponent in a civil case is under criminal investigation, there is no automatic

21   right to be excused from a deposition. The deponent may invoke his Fifth Amendment rights

22   on a question-by-question basis. The other side may then move to compel. The Court will then

23   balance the competing considerations and decide whether the circumstances warrant allowing

24   the deponent to later waive and then to testify at trial. To tee this up properly in our case,

25   Officer Jimenez should appear for his deposition as scheduled and invoke the Fifth Amendment

26   (but only as appropriate) to various questions. Whether he would later be allowed to reverse

27   course and to answer will have to be visited at that time. However, the Court recommends that

28

1  counsel postpone the Jimenez deposition until after all other officers at the scene have been

2  deposed.  This may be only a short delay but at least this accommodation is reasonable.

3       Due to the press of one trial after the other, including a long capital prosecution to

4  begin in February, the Court has run out of time to supervise discovery in this case and,

5  therefore, all discovery disputes are hereby **REFERRED** to a magistrate judge to be appointed.

6  Counsel are admonished to bring motions in sufficient time for the magistrate judge to rule on

7  them and to allow time for his or her decision, as well as any necessary follow-up discovery.

8  Put differently, please do not later ask for extensions of the trial date or summary judgment

9  date on the ground that a discovery matter is still pending before the magistrate judge.

10

11       **IT IS SO ORDERED.**

12

13  Dated:  January 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2