UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, JANICE COLLINS, M.W., a minor, by and through her guardian ad litem, KARINA SANDERS, J.W., a minor by and through her guardian ad litem, AISHA NALLS, J.B.P., a minor, by and through her guardian ad litem, SHAMILIA SMART,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland, and DOES 1-20, inclusive,<br><br>    Defendant(s). | No. C08-4148 WHA (BZ)<br><br>**SCHEDULING ORDER** |

Following a telephone conference at which plaintiff and Officer Jimenez were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. The parties are urged to try to arrive at an appropriate stipulation with respect to barring Officer Jimenez's testimony, in accordance with the views expressed by

1

the Court.

2. If they are unsuccessful, plaintiff is given leave to file a motion to bar Officer Jimenez's trial testimony, by no later than **June 15, 2009**.

3. Any opposition shall be filed by **June 29, 2009**.

4. Any reply shall be filed by **July 8, 2009.**

5. A hearing is scheduled for **July 29, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ESTATE OF WOODFOX V. CITY OF OAKLAND\SCHEDULING ORDER.wpd