UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, JANICE COLLINS, M.W., a minor, by and through her guardian ad litem, KARINA SANDERS, J.W., a minor by and through her guardian ad litem, AISHA NALLS, J.B.P., a minor, by and through her guardian ad litem, SHAMILIA SMART,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland, and DOES 1-20, inclusive,<br><br>    Defendant(s). | No. C08-4148 WHA (BZ)<br><br>**ORDER REINSTATING HEARING** |

In light of the letter filed on May 18, 2009 by plaintiffs, **IT IS HEREBY ORDERED** that the hearing on plaintiffs' motion to compel Zamora to attend the deposition previously scheduled for May 20, 2009 is **REINSTATED** and the

///

///

1

Court's previous order vacating the May 20 hearing is retracted.

    Plaintiff's counsel, Julie M. Houk's request to appear via CourtCall is **GRANTED**.

Dated: May 19, 2009

                                        Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\ESTATE OF WOODFOX V. CITY OF OAKLAND\ORDER REINSTATING MOTION HRG.wpd

2