```
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, JANICE COLLINS, M.W., a minor, by and through her guardian ad litem, KARINA SANDERS, J.W., a minor by and through her guardian ad litem, AISHA NALLS, J.B.P., a minor, by and through her guardian ad litem, SHAMILIA SMART,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland, and DOES 1-20, inclusive,<br><br>    Defendant(s). | No. C08-4148 WHA (BZ)<br><br>**ORDER COMPELLING THE ATTENDANCE OF ANTONIO ZAMORA AT DEPOSITION** |

On May 20, 2009, Plaintiffs' Motion for and Order of Contempt and to Compel the Attendance at Deposition of Antonio Zamora came regularly on for hearing. Julie M. Houk appeared telephonically on behalf of the Plaintiffs. No appearance was made by Defendants. Antonio Zamora, who had

1

been subpoenaed to attend the hearing, failed to appear. Having reviewed the moving papers filed by Plaintiffs, in the absence of any opposition to the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Antonio Zamora shall appear for his deposition on **Thursday, August 27, 2009, at 10:00 a.m.** Said deposition shall be taken in Courtroom G, 15th Floor of the United States District Court for the Northern District of California, which is located at 450 Golden Gate Avenue, San Francisco, California.

Mr. Zamora shall answer all questions put to him at the time of the deposition relevant to the subject matter of this litigation and/or reasonably calculated to lead to the discovery of relevant evidence unless said questions would call for information legitimately protected by the attorney-client privilege or other legitimate privilege.

In the event that the case is finally settled prior to August 27, 2009, Plaintiffs shall provide Mr. Zamora with written notice of said settlement. However, in the absence of any written notice from Plaintiffs' counsel, Mr. Zamora is required to attend and appear for his deposition on August 27, 2009.

**IT IS HEREBY FURTHER ORDERED** that in the event that Antonio Zamora fails or refuses to attend said deposition and/or fails to answer questions at the time of his deposition without legal justification, the Court will certify the facts of his contempt of the Court's Order to the Honorable William H. Alsup.  Mr. Zamora is hereby admonished that his failure to

appear for the deposition on **August 27, 2009, at 10:00 a.m.** as set forth above, may result in him being held in contempt of Court and he could be subjected to a variety of sanctions, including, but not limited to, arrest, monetary sanctions and/or other sanctions as may be deemed appropriate by this Court.

    Plaintiffs shall serve a copy of this Order on Mr. Zamora.

Dated: May 21, 2009

                                   Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\ESTATE OF WOODFOX V. CITY OF OAKLAND\ORDER RE CONTEMPT.wpd

3