**JOHN L. BURRIS, Esq.  SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

**JAMES B. CHANIN, Esq. SBN 76043**
**LAW OFFICES OF JAMES B. CHANIN**
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:     (510) 848-4752
Facsimile:      (510) 848-5819
jbcofc@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX; JANICE COLLINS; M.W., a minor, by and through his guardian ad litem, KARINA SANDERS; J.W., a minor, by and through his guardian ad litem, AISHA NALLS; J'B.P., a minor, by and through his guardian ad litem, SHAMILA SMART, | Case No. C 08-04148 WHA<br><br>STIPULATION FOR AN ORDER SHORTENING TIME FOR HEARING ON APPLICATION FOR AN ORDER APPROVING COMPROMISE OF CLAIMS OF MINORS M.W., J.W. AND J"B.P. |
| Plaintiffs, | Proposed Date:   August 13, 2009 |
| vs. | Time:                  8:00 a.m. |
| CITY OF OAKLAND, HECTOR JIMENEZ, individually and in his capacity as a police officer for the City of Oakland; DOES 1-20, inclusive, | Judge:                 William H. Alsup |
| Defendants. / | |

1

**STIP. & ORDER RE: SHORTENING TIME FOR HEARING ON APPLIC. FOR ORDER APPROVING MINORS' COMPROMISE**

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the hearing on Plaintiffs' Application for an Order Approving Compromise of Claims of Minors M.W., J.W., and J'B.P. shall be heard on shortened time due to the fact that the annuity which will constitute the settlement funds to be paid to the minors will need to be purchased by the City of Oakland by no later than September 1, 2009, in order to guarantee the present value and payment schedules that have been tentatively agreed to by the parties subject to this Court's Order. The Plaintiffs' Application for Approval of the Minors' Compromises is attached and incorporated herein by reference as Exhibit 1.

Therefore, the parties do hereby stipulate and agree that the hearing on the Plaintiffs' Application for Approval of Minors' Compromises shall be held August 13, 2009, at 8 a.m. and Defendants do hereby waive the 35 day notice requirement.

July 23, 2009                     /s/
                                  ADANTE D. POINTER
                                  Law Offices of John L. Burris
                                  Attorneys for Plaintiffs


July __,2009                      _____
                                  STEPHEN Q. ROWELL
                                  City of Oakland
                                  Attorneys for Defendant City of Oakland


July __, 2009                     _____
                                  JOHN J. VERBER
                                  Burnham Brown
                                  Attorneys for Defendant Hector Jimenez

## **ORDER**

IT IS SO ORDERED.

July __, 2009                     _____
                                  HONORABLE WILLIAM H. ALSUP
                                  UNITED STATES DISTRICT COURT JUDGE

2

**STIP. & ORDER RE: SHORTENING TIME FOR HEARING ON APPLIC. FOR ORDER APPROVING MINORS' COMPROMISE**