LAW OFFICES OF

# JAMES B. CHANIN
3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

August 18, 2009

**VIA E-FILING AND CHAMBERS COPY**

The Honorable Bernard Zimmerman
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  *Woodfox, et al. v. City of Oakland, et al.*
Case No. C08-04148 WHA (BZ)
Subject:  Courtroom Deposition of Antonio Zamora on 8/27/09

Dear Judge Zimmerman:

On May 21, 2009, the Court granted Plaintiffs' motion for contempt, compelling the deposition of an independent witness, Antonio Zamora, on August 27, 2009, at 10:00 a.m. in Courtroom G.

I am writing to advise the Court that the parties are in the process of finally settling this matter and, therefore, Plaintiffs are requesting that the Court drop Mr. Zamora's compelled deposition from the Court's calendar.  Under separate cover, I will be advising Mr. Zamora that his appearance will no longer be required.

Thank you for your consideration in this matter.

Respectfully submitted,

/S/  Julie M. Houk
Attorney for Plaintiffs

Cc:  All Counsel Via Efiling



UNITED STATES DISTRICT COURT
GRANTED
Judge Bernard Zimmerman
NORTHERN DISTRICT OF CALIFORNIA

Dated:  8/19/2009

Request **GRANTED.**