JOHN L. BURRIS (SBN# 69888)
ADANTÉ D. POINTER (SBN 236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND; et al.,<br><br>Defendants. | Case No. C08-04148 WHA<br><br>**ADMINISTRATIVE MOTION AND (PROPOSED) ORDER TO FILE DOCUMENTS UNDER SEAL** |

**MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to file under seal Plaintiffs' Petitions and (Proposed) Orders Authorizing Release of Funds from Blocked

1 Account, containing confidential information pertaining to said Minor Plaintiffs in the above-entitled
2 action.

4 Dated: March 22, 2010                                    Respectfully submitted,

5                                                          LAW OFFICES OF JOHN L. BURRIS

7                                                          /s/ John L. Burris
8                                                          John L. Burris, Esq.
                                                           Attorneys for Plaintiffs

### ~~(PROPOSED)~~ ORDER

THE PLAINTIFFS' PETITIONS AND (PROPOSED) ORDERS AUTHORIZING RELEASE OF FUNDS FROM BLOCKED ACCOUNT pertaining to the above-entitled action are herewith ordered filed under seal pursuant to Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: March 23, 2010.

Honorable William Alsup
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District of California]*