JOHN L. BURRIS (SBN# 69888)
ADANTÉ D. POINTER (SBN 236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819
Email:       jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND; et al., <br><br> Defendants. | Case No. C08-04148 WHA <br><br> **ADMINISTRATIVE MOTION AND (PROPOSED) ORDER TO FILE DOCUMENTS UNDER SEAL** |

**MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to file under seal Plaintiffs' Petitions and (Proposed) Orders Authorizing Release of Funds from Blocked

Account, containing confidential information pertaining to said Minor Plaintiffs in the above-entitled action.

Dated: June 25, 2010                                  Respectfully submitted,

                                                      LAW OFFICES OF JOHN L. BURRIS


                                                      /s/ John L. Burris
                                                      John L. Burris, Esq.
                                                      Attorneys for Plaintiffs


# (PROPOSED) ORDER

THE PLAINTIFFS' PETITIONS AND (PROPOSED) ORDERS AUTHORIZING RELEASE OF FUNDS FROM BLOCKED ACCOUNT pertaining to the above-entitled action are herewith ordered filed under seal pursuant to Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: July 6, 2010.

_____
Honorable
United

*IT IS SO ORDERED*
*Judge William Alsup*