1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF "JODY" MACK MILLER WOODFOX, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND; et al., <br><br> Defendants. | Case No. C08-04148 WHA <br><br> ~~(PROPOSED)~~ **ORDER GRANTING RELEASE OF FUNDS FROM COURT BLOCKED ACCOUNT** |

**ORDER**

**PURSUANT TO PLAINTIFF'S PETITION**, the Court hereby grants Petitioner Aisha Nalls Coleman's request according to the terms of the petition herein:

THE COURT HEREBY ORDERS the release of funds in the amount of $1,500.00 to

Petitioner Aisha Nalls Coleman from the blocked account established for minor plaintiff J.W. that is located at Wells Fargo Bank to be used for the sole purpose of purchasing back-to-school clothes and school supplies for the minor J.W.

**IT IS SO ORDERED.**

DATED: July 22, 2011.



HONORABLE  WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. C 08-04148 WHA

4