IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF "JODY" MACK MILLER
WOODFOX, et al,

    Plaintiffs,

  v.

CITY OF OAKLAND, et al,

    Defendants.

No. C 08-04148 WHA

**ORDER GRANTING RELEASE OF FUNDS FROM COURT-BLOCKED ACCOUNT**

    Yesterday, Aisha Nalls Coleman — mother of minor plaintiff John Woodfox — requested the withdrawal of "6,000" dollars, explaining (Dkt. No. 97):

> I am requesting 6,000 half for his Braces, He has gotten his permit so he needs a car.  He has to pay restitution for the courts in Martinez CA, for some trouble he got into back in 2012, for John Woodfox.

    John Woodfox is the son of decedent "Jody" Mack Miller Woodfox, who was shot and killed by an Oakland police officer.  As a result, John Woodfox received settlement funds in this action, $18,843.51 of which was placed into a blocked account.  The remainder of the settlement monies (*i.e.*, $100,000.00) is in a structured settlement until John Woodfox reaches the age of majority on December 25, 2015.

    To date, the undersigned judge has approved of several withdrawals from the blocked account for John Woodfox:  $1,500.00 for a new suit and back-to-school supplies on August 7, 2012; $1,500.00 for back-to-school clothes and supplies on July 22, 2011; $5,000.00 for orthodontic treatment on March 26, 2010; $1,800.00 to attend Redwood Heights Summer Camp

in 2010; and $1,500.00 per annum on his birthday. In contrast to those withdrawals, however, Ms. Coleman's instant request does not state how much money remains in her son's blocked account.

Accordingly, to the extent feasible, the undersigned judge hereby **ORDERS** the release of **$6,000.00** to Ms. Coleman from the block account established at Wells Fargo Bank, for the sole purposes of paying for John Woodfox's braces, car, and/or restitution as owed to the courts of Martinez, California.

**IT IS SO ORDERED.**

Dated: July 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2