Name and Address: Mack Leon Woodfox III
2300 Regent Way Apt 5
94546 Castro Valley, Ca

FILED
NOV 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Karina Sanders/Mack Woodfox
**Plaintiff / Petitioner**

vs.

City of Oakland, Hector Jimenez
**Defendant / Respondent**

Case No. C 08-04148 WHA

Document Name: ~~Settlement~~ Request to Release Money.

My name is Mack Leon Woodfox, I am nineteen years old and on my way to California State University of Dominguez Hills. I am asking for 75,000 dollars from my settlement in order to pay a decent portion of my college tuition and room and board fees.

[signature]