UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 11/24/15 | Time: 16 minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 3:08-cv-04148-WHA | Case Name: Estate of Jody Mack Miller Woodfox v. City of Oakland | |

**Attorney for Plaintiff:** Stanley Goff

**Attorney for Defendant:** Aurelio Perez

**Deputy Clerk:** Dawn Toland          **Court Reporter:** Rhonda Aquilina

PROCEEDINGS

Discovery Dispute - HELD

Parties met and conferred in the Court's jury room 10:15am to 10:55am.

Court made the following ruling on the unresolved discovery dispute. Plaintiff shall be deposed on 12/1 for 2 1/2 hours with a 15 minute break. He shall arrive at defense counsel's office by 9am for the deposition.